Eastern District of Kentucky
FILED

JUN 13 2005

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

CIVIL ACTION NO. 04-135 - WOB

RICKEY E. WHEAT            PLAINTIFF

VS.        **MEMORANDUM OPINION AND ORDER**

CROUNSE CORPORATION
AND
M/V JEAN AKIN            DEFENDANTS

    This matter is before the court on defendants' motion for reconsideration (appeal) of the United States Magistrate Judge's Order denying defendants' motion to transfer venue, entered May 13, 2005, and the response of plaintiff to such motion for reconsideration.

    The court held oral argument on this motion on Friday, June 10, 2005. Steven C. Schletker represented the plaintiff, and Megan Ahrens represented the defendants. Also present was the plaintiff, Rickey E. Wheat. Court reporter Shandy Edhe recorded the proceedings.

    Having heard the parties, and the court being otherwise sufficiently advised,

    **IT IS ORDERED** that:

    (1) Defendants' motion for reconsideration (appeal) of the United States Magistrate Judge's Order denying defendants' motion to transfer venue be, and is hereby, **DENIED;**

(2) The Memorandum Order of the United States Magistrate Judge denying defendants' motion to transfer venue (Doc. #17) be, and is hereby, **ADOPTED** as the Opinion and Order of this court;

(3) This matter is set for a final pretrial conference on Friday, December 16, 2005 at 2:30 p.m. A separate final pretrial order shall enter concurrently herewith; and

(4) This matter is set for a jury trial on Tuesday, January 17, 2006 at 10:00 a.m.

This _10th_ day of June, 2005.

*William O. Bertelsman*
**WILLIAM O. BERTELSMAN, JUDGE**

```
tic: 13 min.
```